# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ADEL AL HAKEEMY )
)
    Petitioner, )
)
    v. )    Civ. Case No. 05-429 (RJL)
)
BARACK H. OBAMA, *et al.*, )
)
    Respondents. )

## ORDER
(April **27**, 2009)

Before this Court is Petitioner al Hakeemy's ("Petitioner" or "Hakeemy") Motion for a Competency Hearing and for an Independent Medical Examination. Petitioner filed this motion on December 22, 2006, with the Court Security Officer ["CSO"]. As a result of an intervening 60-day stay of the proceedings,[1] the Government filed its opposition to this motion on March 27, 2009. Petitioner replied on April 15, 2009. Based on a review of the pleadings, and for the reasons set forth by Judge Bates in his opinion in *O.K. v. Bush*, 344 F. Supp. 2d 44 (D.D.C. 2004), it is hereby:

**ORDERED** that petitioner's Motion for Competency Hearing and Independent Medical Examination is DENIED, and in light of this order, it is further

---

[1] On the same day it filed its motion requesting a competency hearing–the subject of this order–Petitioner moved for a 60-day stay of this litigation in the hope he would be transferred to another country [Dkt. # 200]. The Court granted Petitioner's 60-day stay by minute order on December 30, 2008, and permitted the Government to respond to the instant motion after the stay had lapsed.

**ORDERED** that the parties appear before the Court on __5/6__, 2009 at __2:30 pm__ for

a status conference.

**SO ORDERED.**

_Richard J. Leon_
RICHARD J. LEON
United States District Judge